UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | MJ No. 04-810-MBB |
| ) | |
| MICHAEL A. MCCORMACK and  ) | |
| SEAN S. SLATER   ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and supporting affidavit related to this matter. As grounds for this motion, the government states that the defendants have been arrested and no further purpose is served by keeping the complaint and affidavit sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ BRIAN T. KELLY   4/9/04
BRIAN T. KELLY
Assistant U.S. Attorney

April 9, 2004. Allowed.

Marianne B. Bowler, USMJ